**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ROBERT V. ROSSI, and LINDA A. ROSSI,<br><br>Plaintiffs.<br><br>v.<br><br>LEONARD P. GEMMA, Individually and in his capacity as President of Gem Plumbing & Heating Co., Inc.; and ROBERT J. LEVINE, Individually and in his capacity as a general partner of Gemma & Levine,<br><br>Defendants. | ) | C.A. No.: 05-032-S |

**ASSENTED TO MOTION TO ENLARGE TIME**

NOW COME Defendants Leonard P. Gemma and Robert J. Levine and hereby move this Honorable Court under Fed. R. Civ. Pro. 6(b) and Local Rule 12(1) to extend the time by which Defendants must respond to the Plaintiffs' Complaint for a period of two (2) weeks. Plaintiffs' counsel, Patrick Daugherty, has authorized the undersigned to represent to the Court that Plaintiffs have no objection to the relief requested, provided that such relief is granted without prejudice to Plaintiffs' right to file motions for injunctive relief within this action prior to the date by which Defendants are required to respond to Plaintiffs' Complaint.

WHEREFORE, Defendants respectfully request that this Court enter an Order extending the time by which Defendants must respond to Plaintiffs' Complaint until up to and including **March 8, 2005** and that such relief shall be without prejudice to Plaintiffs' right to file motions for injunctive relief within this action prior to March 8, 2005, and to grant to the Defendants such further relief as this Court determines is fair and reasonable under the circumstances.



4

LEONARD P. GEMMA AND ROBERT J. LEVINE,
By their attorney,

Theodore Orson, Esq. (3871)
Orson & Brusini, Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 223-2100
(401) 861-2922 (fax)
Dated: February 16, 2005

**CERTIFICATION**

I hereby certify that on this 16th day of February, I caused a copy of the within Motion to be mailed postage prepaid to Patrick Daugherty, Esq., 155 South Main Street, Providence, RI 02903

Lucia Navarro