**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ROBERT V. ROSSI, and LINDA A. ROSSI,

Plaintiffs.

v.

LEONARD P. GEMMA, Individually and in his capacity as President of Gem Plumbing & Heating Co., Inc.; and ROBERT J. LEVINE, Individually and in his capacity as a general partner of Gemma & Levine,

Defendants.

C.A. No.: 05-032-S

## ASSENTED TO MOTION TO ENLARGE TIME

NOW COME Defendants Leonard P. Gemma and Robert J. Levine and hereby move this Honorable Court under Fed. R. Civ. Pro. 6(b) and Local Rule 12(1) to extend the time by which Defendants must respond to the Plaintiffs' Complaint for a period of two (2) weeks. Plaintiffs' counsel, Patrick Daugherty, has authorized the undersigned to represent to the Court that Plaintiffs have no objection to the relief requested, provided that such relief is granted without prejudice to Plaintiffs' right to file motions in the action prior to the date by which Defendants are required to respond to Plaintiffs' Complaint.

This is the second extension requested by the Plaintiffs. It should be noted that the additional extension became necessary in order to analyze and address the implications of the February 22, 2005 decision of the Rhode Island Supreme Court in Gem Plumbing & Heating Co., Inc. v. Rossi, et al, 1005 WL 405879 (R.I. 2005), on the instant matter before this Court.

WHEREFORE, Defendants respectfully request that this Court enter an Order extending the time by which Defendants must respond to Plaintiffs' Complaint until up to and including **March 22, 2005** and that such relief shall be without prejudice to Plaintiffs' right to file motions within this action prior to March 22, 2005, and to grant to the Defendants such further relief as this Court determines is fair and reasonable under the circumstances.

5

LEONARD P. GEMMA AND ROBERT J. LEVINE,
By their attorney,

Theodore Orson, Esq. (3871)
Orson & Brusini, Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 223-2100
(401) 861-2922 (fax)
Dated: February 28, 2005

**CERTIFICATION**

I hereby certify that on this 28th day of February, I caused a copy of the within Motion to be mailed postage prepaid to Patrick Daugherty, Esq., 155 South Main Street, Providence, RI 02903