FILED
MAR 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT V. ROSSI and
LINDA A. ROSSI
*Plaintiffs,*

v. C.A. No. 05-032-S

LEONARD P. GEMMA, Individually and
In his capacity as President of Gem Plumbing &
Heating Co., Inc.
ROBERT J. LEVINE, Individually and in
his capacity as general partner of
Gemma and Levine ; and
HENRY S. KINCH, JR., in his capacity as Clerk
Of the Providence County Superior Court
*Defendants.*

**MOTION FOR LEAVE FROM AMENDED GENERAL ORDER #2002-01 TO FILE DEFENDANT'S MEMORANDUM OF LAW AND APPENDIX WHICH EXCEED TEN (10) PAGES**

Defendant, Leonard P. Gemma, individually and in his capacity as President of Gem Plumbing & Heating Co., Inc. ("Defendant") hereby moves this Court for leave to file his Memorandum of Law in Support of Motion to Dismiss or, in the Alternative, To Abstain and Appendix to Memorandum of Law in Support of Motion to Dismiss or, in the Alternative, To Abstain which exceed the ten (10) page limitation set forth in Amended General Order # 2002-01.

In support of this Motion, Defendant states that this case involves complex issues related to subject-matter jurisdiction under the so-called "*Rooker-Feldman* Doctrine," federal and state constitutional due process issues, claims brought pursuant to 42 U.S.C. § 1983, and federal principles of comity, abstention and supplemental jurisdiction which require thorough analysis and briefing.

Defendant seeks leave to file a twenty-three (23) page memorandum of law, and an Appendix with seven (7) exhibits, in order for the pertinent state



9

statutes and decisions from the state court proceeding to be readily available for review by the District Court.

For the reasons set forth above, Defendant asks this Court to grant the instant motion.

LEONARD P. GEMMA,
By his attorney,

Theodore Orson, Esq. (3871)
Orson and Brusini Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 223-2100
(401) 861-2922 (fax)
Dated: March 24, 2005

GRANTED
William E. Smith
U.S. District Judge
3/25/05

**CERTIFICATION**

I hereby certify that on this 24th day of March 2005, I caused a copy of the within Motion for Leave from Amended General Order #2002-01 to File Defendant's Memorandum of Law and Appendix Which Exceed Ten (10) Pages to be mailed postage prepaid to Patrick Daugherty, Esq., 155 South Main Street, Providence, RI 02903 and Robert E. Kiely, Esq. Regan and Kiely, LLP, 85 Devonshire Street, Boston MA 02109.