AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Robert V. Rossi and
Linda A. Rossi

V.

Leonard P. Gemma, Individually and in his capacity as President of Gem Plumbing + Heating Co., Inc.; Robert J. Levine, Individually and in his capacity as a general partner of Gemma + Levine; and Henry S. Kinch, Jr., in his capacity as Clerk of The Providence County Superior Court

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-032-S

TO: (Name and address of Defendant)

Henry S. Kinch, Jr., in his capacity as Clerk
of The Providence County Superior Court
250 Benefit Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick J. Dougherty, Esq.
155 South Main Street, Suite 304
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3/25/05

Daren Baldinell

(By) DEPUTY CLERK

(10)

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE MARCH 25 2005 |
| NAME OF SERVER *(PRINT)* JEFFREY D'AMICO | TITLE R.I. DEPUTY SHERIFF |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Superior Ct. Providence R.I. Clerks office 250 Benefit St. Prov. R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $15 — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-25-05
Date

[signature]
*Signature of Server*

250 Benefit St. Providence
*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005 MAR 30 A 10: 16

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.