UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT V. ROSSI and<br>LINDA A. ROSSI<br>Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 05-032-S |
| LEONARD P. GEMMA, Individually and in his capacity as President of Gem Plumbing and Heating Co., Inc.; and ROBERT J. LEVINE, Individually and in his capacity as a general partner of Gemma & Levine,<br>Defendants | ) | |

**ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS**

I, Fred L. Mason Jr. hereby enter my appearance as co-counsel on behalf of the defendants in the above-entitled matter.

Fred L. Mason, Jr., Esquire (#4274)
Mason Associates P.C.
20 Cedar Swamp Road
Smithfield, Rhode Island 02917
(401) 232-2277

**CERTIFICATION**

I hereby certify that on the 30th day of March, 2005, I caused a copy of the foregoing to be mailed to Theodore Orson, Esq., Orson & Brusini Ltd., 55 Dorrance Street, Suite 400, Providence, Rhode Island 02903 and Patrick Daugherty, Esquire, 155 South Main Street, Providence, Rhode Island 02903

12