UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT V. ROSSI and
LINDA A. ROSSI
Plaintiffs,

v. CIVIL ACTION NO. 05-032-S

LEONARD P. GEMMA, Individually and in his capacity as President of Gem Plumbing and Heating Co., Inc.; and ROBERT J. LEVINE, Individually and in his capacity as a general partner of Gemma & Levine,
Defendants

**AFFIDAVIT OF ROBERT E. KIELY**

1. My name is Robert E. Kiely and I am attorney licensed to practice in the Commonwealth of Massachusetts.

2. I was admitted to practice law in the Commonwealth of Massachusetts in 1990. I am also admitted to practice before the federal courts in Massachusetts and the Federal Appeals Court in Massachusetts. I am currently in good standing in all of the courts and jurisdictions in which I am admitted.

3. I have previously been admitted and practiced *pro hac vice* in courts in Rhode Island, although not in the calendar year 2005.

4. I have a pre-existing attorney/client relationship with the defendant's insurer.

5. I am familiar with the rules governing professional conduct and hereby agree to abide by the same and all of my conduct in this matter.

6. I have read, and am familiar with, and hereby agree to abide by the rules of civil procedure governing actions within in the United States District Court for the District of

14

Rhode Island.

Signed under the pains and penalties this 28 th day of March, 2005.

Robert E. Kiely, Esquire
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109
(617)723-0901