**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ROBERT V. ROSSI, and LINDA A. ROSSI,<br><br>Plaintiffs.<br><br>v.<br><br>LEONARD P. GEMMA, Individually and in his capacity as President of Gem Plumbing & Heating Co., Inc.; and ROBERT J. LEVINE, Individually and in his capacity as a general partner of Gemma & Levine,<br><br>Defendants. | ) | C.A. No.: 05-032-S |

**ASSENTED TO MOTION TO ENLARGE TIME AND FOR LEAVE FROM AMENDED GENERAL ORDER #2002-01 TO FILE PLAINTIFFS' MEMORANDUM OF LAW AND APPENDIX WHICH EXCEED TEN (10) PAGES**

Now come Plaintiffs, Robert and Linda Rossi, who hereby move this Honorable Court under Fed. R. Civ. Pro. 6(b) and Local Rule 12(1) to extend the time by which Defendants must respond to the Defendant, Leonard Gemma's Motion to Dismiss for a period of two (2) weeks. Plaintiffs further move for leave to file their Memorandum of Law in Support of Objection to Motion to Dismiss or, in the Alternative, To Abstain and Appendix to Memorandum of Law in Support of Objection to Motion to Dismiss or, in the Alternative, To Abstain which will exceed the ten (10) page limitation set forth in Amended General Order #2002-01.

**Defendants' counsel, Theodore Orson and Fred L. Mason, Jr., have authorized the undersigned to represent to the Court that Defendants have no objection to the relief requested.**

In support of this motion, Plaintiffs state that this is the first extension requested by the Plaintiffs. Defendant, in his motion, has raised complex issues related to subject matter jurisdiction under the so-called *Rooker-Feldman* Doctrine, federal and state constitutional due process issues, federal principles of comity, abstention, etc., which will require thorough analysis and briefing in response to the aforesaid motion to dismiss.



15

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order extending the time by which Plaintiffs must respond to Defendant's Motion to Dismiss until up to and including **April 22, 2005**, and allowing Plaintiffs to file a memorandum in response and appendix in excess of the page limitation set forth under the local rules and to grant to the Defendants such further relief as this Court determines is fair and reasonable under the circumstances.

ROBERT V. ROSSI and
LINDA A. ROSSI,
By their attorney,

Patrick J. Dougherty, Esq. (5082)
155 South Main Street, Suite 304
Providence, RI 02903
Ph: (401) 273-9770
Fax: (401) 273-4750
Dated: April 4, 2005

**CERTIFICATION**

I hereby certify that on this 4th day of April, I caused a copy of the within Motion to be mailed and faxed postage prepaid to Fred L. Mason, Jr., Esquire, 20 Cedar Swamp Road, Smithfield, RI 02917 (401)232-7744, Theodore Orson, Esquire, Orson & Brusini, 55 Dorrance Street, Suite 400, Providence, RI 02903, (401)861-2922.