**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ROBERT V. ROSSI and<br>LINDA A. ROSSI,<br>Plaintiffs | : | |
| | : | C.A. No. 05-032-S |
| v. | : | |
| LEONARD P. GEMMA, Individually and<br>In his capacity as President of Gem Plumbing<br>& Heating Co., Inc.; ROBERT J. LEVINE,<br>Individually and in his capacity as a<br>general partner of Gemma & Levine; and<br>HENRY S. KINCH, JR., in his capacity as<br>Clerk of The Providence County Superior Court<br>Defendants | : | |

**ENTRY OF APPEARANCE**

I, Michael Field, Special Assistant Attorney General, hereby enter my appearance on behalf of Defendant, Henry S. Kinch, JR ., in his capacity as Clerk of The Providence County Superior Court in the above-referenced matter.

DEFENDANT
HENRY S. KINCH, JR., in his capacity as
Clerk of The Providence County Superior
Court

By his Attorney
PATRICK C. LYNCH
ATTORNEY GENERAL

Michael W. Field

Michael W. Field, # 5809
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
Ph (401) 274-4400 ext. 2380
Fax (401) 222-2995

(17)

**CERTIFICATION**

I hereby certify that the instant Entry was mailed via first class postage prepaid on the 19th day of April, 2005, to the following individuals:

Theodore Orson, Esq.
Orson & Brusini, Ltd
55 Dorrance Street, Suite 400
Providence, Rhode Island 02903

Patrick J. Dougherty, Esq.
155 South Main Street, Suite 304
Providence, Rhode Island 02903