UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT V. ROSSI and LINDA A. ROSSI, Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 05-032-S |
| LEONARD P. GEMMA, Individually and in his capacity as President of Gem Plumbing and Heating Co., Inc.; and ROBERT J. LEVINE, Individually and in his capacity as a general partner of Gemma & Levine, Defendants | ) | |

**DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE**

Now comes the attorney for the defendant and respectively moves that Attorney Robert E. Kiely of the law firm of Regan & Kiely LLP, 85 Devonshire Street, Boston, MA 02109, be admitted to appear to co-counsel with the undersigned pro hac vice on behalf of the defendants in the above-captioned action. In support of this motion, the undersigned states as follows:

1. Robert E. Kiely, Esquire has been retained as co-counsel to represent the interests of the defendant in the above-captioned action;
2. Robert E. Kiely is admitted to practice before the state courts of the Commonwealth of Massachusetts (since 1990), and he is also admitted to practice before the federal courts in Massachusetts as well;
3. Upon information and belief, Robert E. Kiely is a member in good standing in all courts referred to in paragraph 2 above;
4. Robert E. Kiely has previously been admitted to practice pro hac vice in courts in Rhode Island, although not in calendar year 2005;

(20) ~~(13)~~

5. The Affidavit of Robert E. Kiely, attached hereto and made a part hereof, is submitted in furtherance of his motion;

6. Counsel for the defendant has stated that he has no objection to this motion for admission pro hac vice of Robert E. Kiely;

7. Robert E. Kiely, Esquire has been chosen specifically for his expertise and also based on an existing attorney/client relationship with the defendant's insurer.

Fred L. Mason, Jr.

Fred L. Mason, Jr., Esquire (34274)
Mason Associates P.C.
20 Cedar Swamp Road
Smithfield, Rhode Island 02917
(401) 232-2277

**CERTIFICATION**

I hereby certify that on the 30th day of March, 2005, I caused a copy of the foregoing to be mailed to Theodore Orson, Esq., Orson & Brusini Ltd., 55 Dorrance Street, Suite 400, Providence, Rhode Island 02903 and Patrick Daugherty, Esquire, 155 South Main Street, Providence, Rhode Island 02903

Fred L. Mason, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT V. ROSSI and LINDA A. ROSSI<br>Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 05-032-S |
| LEONARD P. GEMMA, Individually and in his capacity as President of Gem Plumbing and Heating Co., Inc.; and ROBERT J. LEVINE, Individually and in his capacity as a general partner of Gemma & Levine,<br>Defendants | ) | |

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member in good standing of the bar of the State(s) of Massachusetts and the the federal district court bar(s) of Massachusetts and the Federal Appeals Court in Massachusetts without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:
Barton J. Rapaport v. Fish Hawks, Inc. .
Civil Action No. 02-133(ML)

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.


Name

Regan & Kiely LLP
Firm Name

85 Devonshire Street
Business Address
Boston, MA 02109

617-723-0901 Tel. #
617-723-0977 Fax #

Local Associate Counsel

#4274
R.I. Bar ID #

Mason Associates, P.C.
Firm Name

20 Cedar Swamp Road
Business Address
Smithfield RI 02917

232-2277 Tel. #
232-7744 Fax #


**ORDER**
:

This motion is hereby Granted.

U.S. District Judge

Date: 4/25/05