**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ROBERT V. ROSSI and
LINDA A. ROSSI,
Plaintiffs

v.

LEONARD P. GEMMA, Individually and
In his capacity as President of Gem Plumbing
& Heating Co., Inc.; ROBERT J. LEVINE,
Individually and in his capacity as a
general partner of Gemma & Levine; and
HENRY S. KINCH, JR., in his capacity as
Clerk of The Providence County Superior Court
Defendants

C.A. No. 05-032-S

RECEIVED
APR 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

Plaintiff, Robert V. Rossi and Linda A. Rossi, and Defendant Henry S. Kinch, Jr., in his capacity as Clerk of The Providence County Superior Court, hereby agree, nunc pro tunc, that Defendant Henry S. Kinch, Jr., in his capacity as Clerk of The Providence County Superior Court, may have up to April 29, 2005 to answer or otherwise respond to Plaintiff's First Amended Complaint.

PLAINTIFF
ROBERT & LINDA ROSSI

By their Attorney,

Patrick J. Dougherty
155 South Main Street, Suite 304
Providence, Rhode Island 02903
Ph (401) 273-9770
Fax (401) 273-4750

DEFENDANT
HENRY S. KINCH, R., in his
capacity as Clerk of The Providence
County Superior Court

By his Attorney
PATRICK C. LYNCH
ATTORNEY GENERAL

Michael W. Field, # 5809
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
Ph (401) 274-4400 ext. 2380
Fax (401) 222-2995

ENTER WEM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 4/25/05

21

**CERTIFICATION**

I hereby certify that the instant Stipulation was mailed via first class postage prepaid on the 14th day of April, 2005, to the following individuals:

Theodore Orson, Esq.
Orson & Brusini, Ltd
55 Dorrance Street, Suite 400
Providence, Rhode Island 02903

Patrick J. Dougherty, Esq.
155 South Main Street, Suite 304
Providence, Rhode Island 02903