UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT V. ROSSI and )
LINDA A. ROSSI, )
Plaintiffs )
)
v. )
)
LEONARD P. GEMMA, Individually and )
In his capacity as President of Gem )
Plumbing & Heating Co., Inc.; )
ROBERT J. LEVINE, Individually and )
in his capacity as general partner of Gemma )
and Levine; and )
HENRY S. KINCH, JR., in his capacity )
as clerk of the Providence County Superior )
Court, )
Defendants )

C.A. No. 05-032-S

FILED
APR 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION FOR LEAVE FROM AMENDED GENERAL ORDER #2002-01 TO FILE DEFENDANT'S MEMORANDUM OF LAW AND APPENDIX WHICH EXCEED TEN (10) PAGES**

Defendant, Robert J. Levine, individually and in his capacity as general partner of Gemma and Levine ("Defendant Levine") hereby moves this Court for leave to file his Memorandum in Support of Defendant Robert J. Levine's Motion to Dismiss or to Abstain and Appendix to Memorandum in Support of Defendant Robert J. Levine's Motion to Dismiss or to Abstain which exceed the ten (10) page limitation set forth in Amended General Order #2002-01.

In support of this Motion, Defendant states that this case involves complex issues related to subject matter jurisdiction under the so-called "*Rooker-Feldman* Doctrine," federal and state constitutional due process issues, claims brought pursuant to 42 U.S.C. §1983, and federal principles of comity, abstention and supplemental jurisdiction which require thorough analysis and briefing.

23

Defendant Levine seeks leave to file a sixteen (16) page memorandum of law, and an Appendix with seven ( 7 ) exhibits, in order for the pertinent state statutes and decisions from the state court proceeding to be readily available for review by the District Court. Co-defendant Gemma has had a similar motion approved in this matter.

For the reasons set forth above, Defendant Levine asks this Court to grant the instant motion.

For the Defendant,
Robert J. Levine,
By his attorneys,

Robert E. Kiely, Esquire
Syd A. Saloman, Esquire (#6618)
REGAN & KIELY LLP
85 Devonshire Street
Boston, MA 02109
(617)723-0901

Local Counsel:

Fred Mason, Esquire (#4274)
Mason Associates, P.C.
20 Cedar Swamp Road
Smithfield, RI 02917
(401)232-2277

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 4/25/05