**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ROBERT V. ROSSI and<br>LINDA A. ROSSI,<br>Plaintiffs<br><br>v.<br><br>LEONARD P. GEMMA, Individually and<br>In his capacity as President of Gem Plumbing<br>& Heating Co., Inc.;<br>ROBERT J. LEVINE, Individually and in<br>his capacity as a general partner of<br>Gemma & Levine; and<br>HENRY S. KINCH, JR., in his capacity as Clerk of<br>The Providence County Superior Court<br>Defendants | : | C.A. No. 05-032-S |

**PLAINTIFFS' OBJECTION TO**
**DEFENDANT, ROBERT J. LEVINE'S MOTION TO DISMISS OR TO ABSTAIN**

Now come Plaintiffs, Robert V. Rossi and Linda A. Rossi and hereby object to Defendant Robert J. Levine's Motion to Dismiss or in the Alternative, To Abstain. As grounds in support of this Objection, Plaintiffs state that Defendant's motion is unfounded, based on faulty premises and is in contravention to existing applicable law.

In support of this Objection and in the interest of judicial economy, Plaintiffs rely on Plaintiffs' Memorandum in Opposition to Defendant, Leonard Gemma's Motion to Dismiss or to Abstain and Plaintiffs' Appendix to Memorandum in Opposition to Defendant's Motion to Dismiss or to Abstain, both of which were previously filed with this Court on April 22, 2005 and which are incorporated herein by reference.

27

WHEREFORE, Plaintiffs pray this Court deny Defendant's motion.

ROBERT V. ROSSI
And LINDA A. ROSSI
By their attorney,

5/5/05

Patrick J. Dougherty
155 South Main Street, Suite 304
Providence, RI 02903
Ph (401)273-9770
Fax (401)273-4750

## CERTIFICATION

I hereby certify that I caused a copy of this Objection to be served on **Theodore Orson, Esquire**, Orson & Brusini, Ltd., 55 Dorrance Street, Suite 400, Providence, RI 02903; **Fred L. Mason, Jr., Esquire**, 20 Cedar Swamp Road, Smithfield, RI, **Robert E. Kiely, Esquire**, Regan & Kiely LLP, 85 Devonshire Street, Boston, MA 02109 and **Special Assistant Attorney General Michael W. Field**, 150 South Main Street, Providence, RI 02903 via first class postage prepaid mail on the 5th day of May, 2005,.