# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**CASE NUMBER: CA 05-32S** **DATE: May 27, 2005**

**TITLE: ROBERT ROSSI, ET AL v. LEONARD GEMMA, ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Patrick Dougherty**

**Defendant Gemma: Theodore Orson**
**Defendant Levine: Robert Kiely**
**Defendant Kinch: Michael Field**

*******************************************************************************

**Proceedings: Defendant Leonard Gemma's Motion to Dismiss or in the Alternative to Abstain**

**Defendant Robert Levine's Motion to Dismiss Plaintiffs Complaint or to Abstain**

**Defendant Henry Kinch's Motion to Dismiss or in the Alternative to Abstain**

**All counsel of record present. Both sides argue defendant Gemma's motion to dismiss. Both sides argue defendant Levine's motion to dismiss. Both sides argue defendant Kinch's motion to dismiss. Court takes matter under advisement. Court to issue a Report and Recommendation.**

30