UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT V. ROSSI and<br>LINDA A. ROSSI<br>*Plaintiffs,*<br><br>v.<br><br>LEONARD P. GEMMA, Individually and<br>In his capacity as President of Gem Plumbing &<br>Heating Co., Inc.<br>ROBERT J. LEVINE, Individually and in<br>his capacity as general partner of<br>Gemma and Levine ; and<br>HENRY S. KINCH, JR., in his capacity as Clerk<br>Of the Providence County Superior Court<br>*Defendants.* | C.A. No. 05-032-S |

**MOTION FOR LEAVE TO FILE POST-HEARING BRIEF**

Defendant, Leonard P. Gemma, individually and in his capacity as President of Gem Plumbing & Heating Co., Inc. ("Defendant"), hereby moves this Court for leave to file a post-hearing brief not to exceed five (5) pages, excusive of exhibits. In said brief, Defendant seeks to supplement and/or respond to oral arguments made at the hearing held before this Court on May 27, 2005, addressing the following issues, among others:

1. That Rule 81(a)(1) of the Rhode Island Rules of Civil Procedure does not prohibit counterclaims or joinder of parties in mechanic's lien litigation and that counterclaims have been allowed in mechanic's lien litigation after the enactment of the 1995 amendments to Rule 81(a)(1) of the Rhode Island Superior Court Rules of Civil Procedure.

2. That the Rhode Island Supreme Court decision was not an advisory opinion, nor could it be under Rhode Island law.



31

3. That in order for this Court to allow the release of the funds held by the registry of the Superior Court, it must undo the retrospectivity holding in the Rhode Island Supreme Court's decision.

WHEREFORE, the Defendant respectfully requests that this Court authorize the Defendant to file a post-hearing brief of not more than five (5) pages in length, exclusive of exhibits, and grant to the Defendant such further relief as this Court determines is reasonable and necessary under the circumstances.

LEONARD P. GEMMA,
By his attorney,

Theodore Orson, Esq. (3871)
Orson and Brusini Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 223-2100
(401) 861-3103 (fax)
Dated: May 27, 2005

**CERTIFICATION**

I hereby certify that on this 27th day of May 2005, I caused a copy of the within Motion To File Post-Hearing Brief to be mailed postage prepaid to Patrick Daugherty, Esq., 155 South Main Street, Providence, RI 02903, Fred Mason, Jr., Esq., Mason and Associates, P.C., 20 Cedar Swamp Road, Smithfield, Rhode Island 02917, Robert E. Kiely, Esq. Regan and Kiely, LLP, 85 Devonshire Street, Boston MA 02109 and Michael W. Field, Esq., Special Assistant Attorney General, 150 South Main Street, Providence, RI, 02903

Lucia Navarro