RECEIVED

JUN 01 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 31 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT V. ROSSI and
LINDA A. ROSSI
*Plaintiffs,*

v. C.A. No. 05-032-S

LEONARD P. GEMMA, Individually and
In his capacity as President of Gem Plumbing &
Heating Co., Inc.
ROBERT J. LEVINE, Individually and in
his capacity as general partner of
Gemma and Levine ; and
HENRY S. KINCH, JR., in his capacity as Clerk
Of the Providence County Superior Court
*Defendants.*

Referred to U.S.M.J. Martin
☐ for findings & recommendation
☒ for determination
☐ __________
William E. Smith, U.S. District Judge
Date: 5/31/05

**MOTION FOR LEAVE TO FILE POST-HEARING BRIEF**

Defendant, Leonard P. Gemma, individually and in his capacity as President of Gem Plumbing & Heating Co., Inc. ("Defendant"), hereby moves this Court for leave to file a post-hearing brief not to exceed five (5) pages, excusive of exhibits. In said brief, Defendant seeks to supplement and/or respond to oral arguments made at the hearing held before this Court on May 27, 2005, addressing the following issues, among others:

1. That Rule 81(a)(1) of the Rhode Island Rules of Civil Procedure does not prohibit counterclaims or joinder of parties in mechanic's lien litigation and that counterclaims have been allowed in mechanic's lien litigation after the enactment of the 1995 amendments to Rule 81(a)(1) of the Rhode Island Superior Court Rules of Civil Procedure.

2. That the Rhode Island Supreme Court decision was not an advisory opinion, nor could it be under Rhode Island law.

DENIED.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
June 2, 2005