UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT V. ROSSI, ET AL.,
Plaintiffs,

v. CA 05-032S

LEONARD P. GEMMA, ET AL.,
Defendants.

**ORDER**
**GRANTING THE EXTENSION OF TIME**
**FOR FILING OF SUPPLEMENTAL MEMORANDA**

Based on the letter from Attorney Patrick J. Dougherty of June 27, 2005, requesting a two day extension of time in which to file Plaintiffs' Supplemental Brief due to a death in his family, the court hereby extends the time for filing supplemental memoranda up to and including June 30, 2005.

So ordered.

ENTER:

David L. Martin
United States Magistrate Judge
June 28, 2005

BY ORDER:

Deputy Clerk