UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT V. ROSSI and LINDA A. ROSSI, Plaintiffs | ) | |
| v. | ) | |
| LEONARD P. GEMMA, Individually and In his capacity as President of Gem Plumbing & Heating Co., Inc.; ROBERT J. LEVINE, Individually and in his capacity as general partner of Gemma and Levine; and HENRY S. KINCH, JR., in his capacity as clerk of the Providence County Superior Court, Defendants | ) | C.A. No. 05-032-S |

**DEFENDANTS ROBERT J. LEVINE & LEONARD P. GEMMA'S MOTION FOR A PROTECTIVE ORDER REGARDING THEIR DEPOSITION TESTIMONY**

Now come Defendants Robert J. Levine and Leonard P. Gemma and hereby move, pursuant to Federal Rule of Civil Procedure 26(c), that this Court issue a protective order against the taking of the Defendants' depositions scheduled for November 1, 2005 at 1:00 p.m. and November 9, 2005 at 1:00 p.m., noticed by Plaintiffs Robert V. Rossi and Linda A. Rossi. As grounds in support of this Motion for a Protective Order, the Defendants state that deposing the Defendants at this time would create an undue burden on all parties involved in this cause of action because there are several dispositive motions pending in this Court.

The Defendants request that this Court issue a protective order on the taking of the Defendants' depositions or the conduct of any other discovery, until all such dispositive motions are decided in this Court and states the following in support of such:

(1) In April 2005, the Defendants Gemma, Levine, and Kinch filed Motions to Dismiss in this Court. The Plaintiffs filed their Motions in Oppositions in April 2005.

(2) Oral arguments on the Motions to Dismiss and Oppositions were held in this Court on May 27, 2005.

(3) On June 7, 2005, this Court issued an Order for Further Briefing because of a decision in the U.S. Court of Appeals for the First Circuit addressing the Rooker-Feldman doctrine, a ground cited by the Defendants in their arguments that the Court lacked subject-matter jurisdiction over the Plaintiffs' claims.

(4) In response to the Court's Order for Further Briefing, the Plaintiffs' Supplemental Brief was subsequently filed with this Court on June 30, 2005. Defendants Gemma, Levine, and Kinch all filed separate Supplemental Briefs with this Court in June 2005.

(5) On October 18, 2005, Defendant Levine received notice of his deposition scheduled for 1:00 p.m. on November 1, 2005.

(6) On October 18, 2005, Defendant Gemma received notice of his deposition scheduled for 1:00 p.m. on November 9, 2005.

(7) Presently, all dispositive motions filed in April 2005 by the Defendants to dismiss the above-captioned cause of action and the Plaintiffs' Oppositions to the Defendants' Motions to Dismiss are still pending in this Court.

(8) To continue with the scheduled November depositions of Defendants Levine and Gemma, or to allow any other substantive discovery, would place an undue burden on all parties involved in this action, and on this Court.

WHEREFORE, the Defendants request this Court grant the Motion for a Protective Order on Their Deposition Testimony until all dispositive motions currently still pending in this Court are decided.

For the Defendant,
Robert J. Levine
By his attorneys,

(FLM with consent)

Robert E. Kiely, Esq.
Syd A. Saloman, Esq. (#6618)
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109
(617)723-0901
(617)723-0977 (fax)

For the Defendant,
Leonard P. Gemma
By his attorneys,

(FLM by consent)

Theodore Orson, Esquire
Orson & Brusini, Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
(401)223-2100
(401)861-3103 (fax)

Local Counsel:

Fred L. Mason Jr., Esquire (#4274)
Mason Associates, P.C.
20 Cedar Swamp Road
Smithfield, RI 02917
(401)232-2277

**CERTIFICATION**

I hereby certify that on this 27th day of October, 2005, a copy of the Defendants Robert J. Levine & Leonard P. Gemma's Motion for a Protective Order Regarding their Deposition Testimony was forwarded first class mail, postage prepaid to: Patrick Daugherty, Esquire, 155 South Main Street, Providence, RI 02903 and to Theodore Orson, Esquire, Orson & Brusini, Ltd., 55 Dorrance Street, Suite 400, Providence, RI 02903.

Fred L. Mitchell Jr.