UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT V. ROSSI and<br>LINDA A. ROSSI,<br>Plaintiffs, | : | |
| Vs. | : | C.A. No.: 05-032S |
| LEONARD P. GEMMA, Individually and in his capacity as President of Gem Plumbing & Heating Co., Inc.; ROBERT J. LEVINE, Individually and in his capacity as General Partner of Gemma and Levine; and HENRY S. KINCH, JR., in his capacity as Clerk of the Providence County Superior Court,<br>Defendants. | : | |

**DEFENDANTS LEONARD P. GEMMA'S AND ROBERT J. LEVINE'S, AMENDED MOTION TO STAY ALL DISCOVERY[1]**

Defendants, Leonard P. Gemma and Robert J. Levine (jointly the "Movants"), hereby move this Honorable Court in the above-captioned matter and pursuant to Fed. R. Civ. P. 26(c) to stay all discovery until the Defendants' pending motions to dismiss are ruled upon, including precluding any party from (1) noticing any depositions, (2) conducting any depositions noticed prior to the filing of this motion, and (3) propounding any written discovery. The Movants rely upon and incorporate by reference the memorandum of law filed herewith.

The undersigned hereby certifies pursuant to Fed. R. Civ. P. 26(c) that they have in good faith conferred or attempted to confer with opposing counsel in an effort to resolve this motion without the need for court action.

[1] This motion amends the previously filed motion for protective order.

**WHEREFORE,** the Movants' motion to stay all discovery as set forth above should be granted.

ROBERT J. LEVINE,
Defendant,
By his attorneys,

Robert Kiely (SJB By Agreement)

Robert E. Kiely, Esq. #
Syd A. Saloman, Esq. # 6618
Regan & Kiely, LLP
85 Devonshire Street
Boston, MA 02109
(617) 723-0901
(617) 723-0977 fax

LEONARD P. GEMMA,
Defendant,
By his attorneys,

Theodore Orson, Esq. # 3871
Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 223-2100
(401) 861-3103 fax

Local Counsel for
ROBERT J. LEVINE,

Fred Mason (SJB By Agreement)

Fred Mason, Esq. #
Mason Associates. P.C.
20 Cedar Swamp Road
Smithfield, RI 02917
(401) 232-2277

## CERTIFICATE OF SERVICE

I hereby certify that on this 1ST day of November, 2005, I caused a copy of the within to be mailed postage prepaid to Patrick Dougherty, Esq., 155 South Main Street, Providence, RI 02903, Robert E. Kiely, Esq., Regan and Kiely, LLP, 85 Devonshire Street, Boston MA 02109, Fred Mason, Esq., Mason Associates, P.C., 20 Cedar Swamp Road, Smithfield, RI 02917, and Michael W. Field, Esq., Special Assistant Attorney General, 150 South Main Street, Providence, RI, 02903.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT V. ROSSI and LINDA A. ROSSI, Plaintiffs, | |
| Vs. | C.A. No.: 05-032S |
| LEONARD P. GEMMA, Individually and in his capacity as President of Gem Plumbing & Heating Co., Inc.; ROBERT J. LEVINE, Individually and in his capacity as General Partner of Gemma and Levine; and HENRY S. KINCH, JR., in his capacity as Clerk of the Providence County Superior Court, Defendants. | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS LEONARD P. GEMMA'S AND ROBERT J. LEVINE'S, AMENDED MOTION TO STAY ALL DISCOVERY**

Defendants, Leonard P. Gemma and Robert J. Levine (jointly the "Movants"), submit this memorandum of law in support their motion to stay all discovery until the Defendants' pending motions to dismiss are ruled upon, including precluding any party from (1) noticing any depositions, (2) conducting any depositions noticed prior to the filing of this motion, and (3) propounding any written discovery. On October 28, 2005, the Movants filed a motion for protective order in regard to depositions noticed by Plaintiffs' counsel. Plaintiffs' counsel has since agreed to postpone those depositions. This Memorandum of Law is being filed with the accompanying Amended Motion to comply with Local Rule 12. The Amended Motion also contains the requisite Fed. R. Civ. P. 26(c) certification.

The Movants respectfully request that this Honorable Court stay all discovery, including depositions, until the pending motions to dismiss are resolved. In April 2005, the Movants filed motions to dismiss Plaintiffs' Complaint in this Court. The Plaintiffs filed their oppositions in April 2005. Oral arguments on said motions and objections were held in this Court on May 27, 2005. On June 7, 2005, this Court issued an Order for further briefing because of a decision in the U.S. Court of Appeals for the First Circuit addressing the Rooker-Feldman doctrine, a ground cited by the Movants in their arguments that the Court lacked subject matter jurisdiction over the Plaintiffs' claims. In response to the Court's Order for further briefing, the Plaintiffs' Supplemental Brief was filed with this Court on June 30, 2005. The Movants and Defendant Henry S. Kinch, Jr., each filed separate Supplemental Briefs with this Court in June 2005. On October 18, 2005, the Movants received notices for their respective depositions. The depositions were scheduled for November 1 and 9, 2005. Presently, all dispositive motions filed in April 2005 by the Defendants to dismiss Plaintiffs' Complaint are still pending in this Court.

Plaintiffs' counsel has agreed to postpone the November 1 and 9 depositions. Nonetheless, Plaintiffs should be precluded from conducting any depositions or propounding any discovery until the pending motions to dismiss are resolved by the Court. The pending motions, if granted, will dispose of this case in its entirety, thereby making the need for any discovery moot. Moreover, Plaintiffs are not in need of any discovery for purposes of the pending motions, nor would they be prejudiced by this stay. The Defendants should not be required to expend money and resources responding to

discovery in a case where the issue of subject matter jurisdiction is before the Court on a dispositive motion and awaiting a decision.

"Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, a court has discretion to stay discovery 'for good cause shown.' **Good cause may be shown where a party has filed a dispositive motion, the stay is for a short period of time, and the opposing party will not be prejudiced by the stay.**" Spencer Trask Software and Information Services, LLC v. RPost Int'l Ltd., 206 F.R.D. 367, 368 (S.D.N.Y. 2002)(internal citations omitted)(emphasis added). "The Court has broad discretion to stay discovery while a dispositive motion is pending." Save on Surplus Pension Plan v. United Saver's Bancorp, Inc., 1990 U.S. Dist. LEXIS 17227, at *2 (D.N.H 1990).

**WHEREFORE,** the Movants motion to stay all discovery as set forth above should be granted.

ROBERT J. LEVINE,
Defendant,
By his attorneys,

Robert Kiely (SSB BY AGREEMENT)

Robert E. Kiely, Esq. #
Syd A. Saloman, Esq. # 6618
Regan & Kiely, LLP
85 Devonshire Street
Boston, MA 02109
(617) 723-0901
(617) 723-0977 fax

LEONARD P. GEMMA,
Defendant,
By his attorneys,

Theodore Orson, Esq. # 3871
Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 223-2100
(401) 861-3103 fax

Local Counsel for
ROBERT J. LEVINE,

Fred Mason (SJB by Agreement)

Fred Mason, Esq. #
Mason Associates. P.C.
20 Cedar Swamp Road
Smithfield, RI 02917
(401) 232-2277

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1ST day of November, 2005, I caused a copy of the within to be mailed postage prepaid to Patrick Dougherty, Esq., 155 South Main Street, Providence, RI 02903, Robert E. Kiely, Esq., Regan and Kiely, LLP, 85 Devonshire Street, Boston MA 02109, Fred Mason, Esq., Mason Associates, P.C., 20 Cedar Swamp Road, Smithfield, RI 02917, and Michael W. Field, Esq., Special Assistant Attorney General, 150 South Main Street, Providence, RI, 02903.