UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 2 8 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
NOV 0? 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

ROBERT V. ROSSI and
LINDA A. ROSSI,
Plaintiffs

v.

LEONARD P. GEMMA, Individually and
In his capacity as President of Gem
Plumbing & Heating Co., Inc.;
ROBERT J. LEVINE, Individually and
in his capacity as general partner of Gemma
and Levine; and
HENRY S. KINCH, JR., in his capacity
as clerk of the Providence County Superior
Court,
Defendants

C.A. No. 05-032-S

Referred to U.S.M.J. MARTIN
☐ for findings & recommendation
☑ for determination
☐ ______
William E. Smith, U.S. District Judge
Date 11/1/05

**DEFENDANTS ROBERT J. LEVINE & LEONARD P. GEMMA'S MOTION FOR A PROTECTIVE ORDER REGARDING THEIR DEPOSITION TESTIMONY**

Now come Defendants Robert J. Levine and Leonard P. Gemma and hereby move, pursuant to Federal Rule of Civil Procedure 26(c), that this Court issue a protective order against the taking of the Defendants' depositions scheduled for November 1, 2005 at 1:00 p.m. and November 9, 2005 at 1:00 p.m., noticed by Plaintiffs Robert V. Rossi and Linda A. Rossi. As grounds in support of this Motion for a Protective Order, the Defendants state that deposing the Defendants at this time would create an undue burden on all parties involved in this cause of action because there are several dispositive motions pending in this Court.

The Defendants request that this Court issue a protective order on the taking of the Defendants' depositions or the conduct of any other discovery, until all such dispositive motions are decided in this Court and states the following in support of such:

Ruled moot in open court on November 18, 2005.

David L. Martin

DAVID L. MARTIN, USMJ
November 18, 2005