UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT V. ROSSI and :
LINDA A. ROSSI, :
Plaintiffs, :
:
v. : CA 05-32 S
:
LEONARD P. GEMMA, Individually :
and in his capacity as President :
of Gem Plumbing & Heating Co., :
Inc.; ROBERT J. LEVINE, :
Individually and in his capacity :
as a general partner of Gemma & :
Levine; and HENRY S. KINCH, JR., :
in his capacity as Clerk of the :
Providence County Superior Court, :
Defendants. :

**ORDER**
**STAYING ALL DISCOVERY**

Before the court is Defendants Leonard P. Gemma's and Robert J. Levine's Amended Motion to Stay All Discovery (Document ("Doc.") #42) ("Amended Motion to Stay All Discovery"). A hearing was held on November 18, 2005. In accordance with the procedure outlined at that hearing, the court has considered the pending motions to dismiss and/or abstain[1] and has concluded that those motions should be granted.[2] Accordingly, the Amended Motion to Stay All Discovery is hereby GRANTED.

---

[1] The pending motions are: Defendant's Motion to Dismiss, or in the Alternative, to Abstain (Doc. #11) filed by Defendant Leonard P. Gemma, individually and in his capacity as President of Gem Plumbing & Heating Co., Inc.; Motion of the Defendant, Robert J. Levine, to Dismiss the Plaintiff's Complaint or to Abstain (Doc. #24); and Defendant Henry S. Kinch's Motion to Dismiss or in the Alternative, to Abstain (Doc. #26).

[2] The court is in the process of writing a Report and Recommendation explaining the reasons for this conclusion.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
December 20, 2005[3]

BY ORDER:

Deputy Clerk

[3] At the November 18, 2005, hearing, the court indicated that it would rule on the Amended Motion to Stay All Discovery within thirty days. As December 18, 2005, was a Sunday and the court was ill on December 19th, this Order is being issued on December 20, 2005.