**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ROBERT V. ROSSI and<br>LINDA A. ROSSI,<br>Plaintiffs | : | |
| v. | : | C.A. No. 05-032-S |
| LEONARD P. GEMMA, Individually and In his capacity as President of Gem Plumbing & Heating Co., Inc.;<br>ROBERT J. LEVINE, Individually and in his capacity as a general partner of Gemma & Levine; and<br>HENRY S. KINCH, JR., in his capacity as Clerk of The Providence County Superior Court<br>Defendants | : | |

**ASSENTED TO MOTION TO ENLARGE TIME AND FOR LEAVE TO FILE PLAINTIFFS' OBJECTION TO REPORT AND RECOMMENDATION**

Now come Plaintiffs, Robert and Linda Rossi, who hereby move this Honorable Court to extend the time by which Plaintiffs must file their Rule 72(b) Objections to the January 13, 2006 Report and Recommendation of the Honorable David L. Martin, United States Magistrate Judge, up to and including February 20, 2006.

**Defendants' counsel, Theodore Orson, Fred Mason, Robert Kiely, and Michael Field, have authorized the undersigned to represent to the Court that Defendants have no objection to the relief requested.**

In support of this motion, Plaintiffs state the Report and Recommendation (37 pages in length) has raised complex issues related to inter alia, subject matter jurisdiction under the so-called *Rooker-Feldman* Doctrine, federal and state constitutional due process issues, federal

principles of comity, abstention, res judicata and collateral estoppel, which will require thorough analysis and specific recitation of reasons supporting Plaintiffs' objections thereto.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order extending the time by which Plaintiffs must file their Objections to the said Report and Recommendation up to and including February 20, 2006 and to grant Plaintiffs such further relief as this Court determines is fair and reasonable under the circumstances.

ROBERT V. ROSSI
and LINDA A. ROSSI
By their attorney,

1/19/06

Patrick J. Dougherty #5082
155 South Main Street, Suite 304
Providence, RI 02903
Ph (401)273-9770
Fax (401)273-4750

CERTIFICATION

I hereby certify that on the 19th day of January, 2006, a true and accurate copy of the within document was mailed by regular mail, postage prepaid to the following counsel of record:

Theodore Orson, Esq.
Orson & Brusini, Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903

Fred L. Mason, Jr., Esquire
20 Cedar Swamp Road
Smithfield, RI 02917

Robert E. Kiely, Esquire
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109

Michael Field, Esq.
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903

Jean Morse
__________________________