UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 27 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

FILED
FEB 24 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT V. ROSSI and
LINDA A. ROSSI,
Plaintiffs,

Vs. C.A. No.: 05-032S

LEONARD P. GEMMA, Individually and in his capacity as President of Gem Plumbing & Heating Co., Inc.; ROBERT J. LEVINE, Individually and in his capacity as General Partner of Gemma and Levine; and HENRY S. KINCH, JR., in his capacity as Clerk of the Providence County Superior Court,
Defendants.

Referred to U.S.M.J. Martin
2/27/06

**DEFENDANTS LEONARD P. GEMMA'S**
**ASSENTED-TO MOTION TO ENLARGE TIME**

Defendant, Leonard P. Gemma ("Mr. Gemma"), hereby moves this Honorable Court pursuant to Fed. R. Civ. P. 6(b)(1) for an enlargement of time within which to file its opposition to Plaintiffs' Objection to Report and Recommendation of Magistrate Judge ("Objection"). On February 21, 2006, Plaintiffs served Mr. Gemma with their Objection and memorandum in support thereof. Pursuant to Fed. R. Civ. P. 72(b) and L.R. Cv. 72(d)(3), Mr. Gemma has up to an including March 3, 2006 within which to file his opposition to Plaintiffs' Objection. As grounds for this Motion, Mr. Gemma posits that a brief enlargement of time is needed due to the complexity of the issues and to effectively respond to the arguments raised by Plaintiff.

**Plaintiff's counsel assents, and has no objection, to the granting of this motion.**

**WHEREFORE,** the within Assented-to Motion should be granted such that Mr. Gemma shall have up to and including March 24, 2006 within which to file its opposition to Plaintiffs' Objection.

GRANTED.
David L. Martin
David L. Martin, U.S.M.J.
February 28, 2006