UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT V. ROSSI and
LINDA A. ROSSI,
Plaintiffs,

Vs. C.A. No.: 05-032S

RECEIVED
MAR 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

LEONARD P. GEMMA, Individually and in his capacity as President of Gem Plumbing & Heating Co., Inc.; ROBERT J. LEVINE, Individually and in his capacity as General Partner of Gemma and Levine; and HENRY S. KINCH, JR., in his capacity as Clerk of the Providence County Superior Court,
Defendants,

**DEFENDANT'S HENRY S. KINCH, JR., in his official capacity, ASSENTED-TO MOTION TO ENLARGE TIME**

Defendant, Henry S. Kinch, Jr., in his capacity as Clerk of the Providence County Superior Court, hereby moves this Honorable Court pursuant to Fed. R. Civ. P. 6(b)( 1) for an enlargement of time within which to file its opposition to Plaintiffs' Objection to Report and Recommendation of Magistrate Judge ("Objection"). On February 21, 2006, Plaintiffs served Kinch with their Objection and memorandum in support thereof pursuant to Fed. R. Civ. P. 72(b) and L.R. Civ. 72(d)(3), and Kinch has up to and including March 3, 2006 within which to file his opposition to Plaintiffs' Objection. As grounds for this Motion, Kinch asserts that a brief enlargement of time is needed due to the complexity of the issues and to effectively respond to the arguments raised by Plaintiff.

**Plaintiff's counsel assents, and has no objection, to the granting of this motion.**

GRANTED.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
March 3, 2006

Referred to U.S.M.J. [illegible]
for findings & recommendation
or determination
Referred to Hon. U.S. District Judge
Date: 2/28/06