UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Fred Mason, Esq.
RE: CA 05-32S

Rossi v. Gemma, et al

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 3 / 6 / 06 and have made the following determination:

______ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (Local Rule LR CV 5(a)(5))(Local Rule LR CR 57(a)(4))

XX 2. All motions and objections with accompanying memoranda must be filed in triplicate.(original and two copies) (Local Rule LR CV 7 (c))

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule LR CV 7 (a))

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule LR CV 5 (b))
b) Summons (Fed. R. Civ. P. 4(a),(b))
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule LR CV 5.1(1)) (Fed.R.Crim.P.49)

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 26(a),34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule LR CV 37(a)).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

____ 8. Motion to appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (Local Rule LR Gen 204(d)

XX 9. Other: Signatures are not original

ENTER: [signature]
United States Magistrate Judge

Date: 3/6/06

cc: Counsel of Record

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAR 06 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| ROBERT V. ROSSI and LINDA A. ROSSI, Plaintiffs | ) | |
| v. | ) | |
| LEONARD P. GEMMA, Individually and In his capacity as President of Gem Plumbing & Heating Co., Inc.; ROBERT J. LEVINE, Individually and in his capacity as general partner of Gemma and Levine; and HENRY S. KINCH, JR., in his capacity as clerk of the Providence County Superior Court, Defendants | ) | C.A. No. 05-032-S |

**ASSENTED-TO MOTION OF DEFENDANT ROBERT J. LEVINE**
**TO ENLARGE TIME**

Defendant, Robert J. Levine ("Levine"), hereby moves this Honorable Court pursuant to Fed. R. Civ. P. 6(b)(1) for an enlargement of time within which to file its opposition to Plaintiffs' Objection to Report and Recommendation of Magistrate Judge. As grounds therefore, the defendant states the following:

1. Co-defendant Leonard P. Gemma has also moved to enlarge time to respond to the opposition, and has been granted an extension up to and including March 24, 2006;
2. The parties are attending a mediation session on March 13, 2006; and
3. The issues are complex and require an expanded briefing schedule.

**Plaintiffs' counsel assents and has no objection to the granting of this motion.**

**WHEREFORE**, Levine asks that the court grant the extension up to and including March