UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 17 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT V. ROSSI and )
LINDA A. ROSSI, )
Plaintiffs )
)
v. )
)
LEONARD P. GEMMA, Individually and )
In his capacity as President of Gem ) C.A. No. 05-032-S
Plumbing & Heating Co., Inc.; )
ROBERT J. LEVINE, Individually and )
in his capacity as general partner of Gemma )
and Levine; and )
HENRY S. KINCH, JR., in his capacity )
as clerk of the Providence County Superior )
Court, )
Defendants )

**ASSENTED-TO MOTION OF DEFENDANT ROBERT J. LEVINE**
**TO ENLARGE TIME**

Defendant, Robert J. Levine ("Levine"), hereby moves this Honorable Court pursuant to Fed. R. Civ. P. 6(b)(1) for an enlargement of time within which to file its opposition to Plaintiffs' Objection to Report and Recommendation of Magistrate Judge. As grounds therefore, the defendant states the following:

1. Co-defendant Leonard P. Gemma has also moved to enlarge time to respond to the opposition, and has been granted an extension up to and including March 24, 2006;
2. The parties are attending a mediation session on March 13, 2006; and
3. The issues are complex and require an expanded briefing schedule.

**Plaintiffs' counsel assents and has no objection to the granting of this motion.**

**WHEREFORE**, Levine asks that the court grant the extension up to and including March

24, 2006, within which to file its opposition to Plaintiffs' Objection.

For the Defendant,
Robert J. Levine,
By his attorneys,

Robert E. Kiely, Esquire
REGAN & KIELY LLP
85 Devonshire Street
Boston, MA 02109
(617)723-0901

Local Counsel:

Fred Mason, Esquire (4274)
Mason Associates, P.C.
20 Cedar Swamp Road
Smithfield, RI 02917
(401)232-2277

GRANTED
William E. Smith
U.S. District Judge
3/17/06