UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT V. ROSSI and LINDA A. ROSSI, Plaintiffs, | : | |
| Vs. | : | C.A. No.: 05-032S |
| LEONARD P. GEMMA, Individually and in his capacity as President of Gem Plumbing & Heating Co., Inc.; ROBERT J. LEVINE, Individually and in his capacity as General Partner of Gemma and Levine; and HENRY S. KINCH, JR., in his capacity as Clerk of the Providence County Superior Court, Defendants, | : | |

**DEFENDANT, HENRY KINCH'S ,**
**ASSENTED-TO MOTION TO ENLARGE TIME**

Defendant, Henry Kinch hereby moves this Honorable Court pursuant to Fed. R. Civ. P. 6(b)(1) for an enlargement of time within which to file his opposition to Plaintiffs' Objection to Report and Recommendation of Magistrate Judge ("Objection"). On February 21, 2006, Plaintiffs served Kinch their Objection and memorandum in support thereof. Pursuant to this Court's Order of March 3, 2006, Kinch was granted a brief extension of time, up to and including March 24, 2006, within which to file his opposition to Plaintiffs' Objection. As grounds for this Motion, Kinch posits that an additional brief enlargement of time, up to and including April 3, 2006, is needed due to the complexity of the issues and to effectively respond to the arguments raised by Plaintiff.

**Plaintiff's counsel assents, and has no objection, to the granting of this motion**.

**WHEREFORE**, the within Assented-to Motion should be granted such that Kinch shall have up to and including April 3, 2006 within which to file its opposition to Plaintiffs' Objection.

DEFENDANT
HENRY S. KINCH, JR., in his capacity as Clerk of The Providence County Superior Court

By his Attorney
PATRICK C. LYNCH
ATTORNEY GENERAL

Michael W. Field, # 5809
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
Ph (401) 274-4400 ext. 2380
Fax (401) 222-2995

**CERTIFICATION**

I hereby certify that the instant Motion was mailed via first class postage prepaid on the 22nd day of March, 2006, to the following individuals:

Theodore Orson, Esq.
Orson & Brusini, Ltd
55 Dorrance Street, Suite 400
Providence, Rhode Island 02903

Patrick J. Dougherty, Esq.
155 South Main Street, Suite 304
Providence, Rhode Island 02903

Fred L. Mason, Jr., Esquire
Mason Associates P.C.
20 Cedar Swamp Road
Smithfield, Rhode Island 02917