UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Fred Mason

RE: CA 05-32

Rossi v. Gemma

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 3 /24 /06 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (Local Rule LR CV 5(a)(5))(Local Rule LR CR 57(a)(4))

X 2. All motions and objections with accompanying memoranda must be filed in triplicate.(original and two copies) (Local Rule LR CV 7 (c))

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule LR CV 7 (a))

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule LR CV 5 (b))
b) Summons (Fed. R. Civ. P. 4(a),(b))
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule LR CV 5.1(1)) (Fed.R.Crim.P.49)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 26(a),34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule LR CV 37(a)).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Motion to appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (Local Rule LR Gen 204(d)

_____ 9. Other:____________________

ENTER: [signature]
United States Magistrate Judge

Date: 3/27/06

cc: Counsel of Record

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT V. ROSSI and )
LINDA A. ROSSI, )
Plaintiffs )
)
v. )
)
LEONARD P. GEMMA, Individually and )
In his capacity as President of Gem ) C.A. No. 05-032-S
Plumbing & Heating Co., Inc.; )
ROBERT J. LEVINE, Individually and )
in his capacity as general partner of Gemma )
and Levine; and )
HENRY S. KINCH, JR., in his capacity )
as clerk of the Providence County Superior )
Court, )
Defendants )

**DEFENDANT ROBERT J. LEVINE'S OPPOSITION**
**TO THE PLAINTIFFS' OBJECTION TO**
**REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

Now comes the defendant Robert J. Levine (the "defendant" or "Levine") and hereby opposes the Plaintiffs' Objection to Report and Recommendation of Magistrate Judge filed by the plaintiffs Robert V. Rossi and Linda A. Rossi (the "plaintiffs" or the "Rossis") in this Court on February 21, 2006. The defendant opposes the arguments set forth in the Plaintiffs' Objection relating to the Defendant's Motion to Dismiss the Plaintiff's Complaint or to Abstain. As grounds for this Opposition, the defendant states that the Magistrate Judge's Report and Recommendation is valid in its conclusions and legal analyses, and should be upheld. In further support, the defendant submits the attached memorandum of law in support of its Opposition to the Plaintiffs' Objection to Report and Recommendation of Magistrate Judge.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT V. ROSSI and )
LINDA A. ROSSI, )
Plaintiffs )
)
v. )
)
LEONARD P. GEMMA, Individually and )
In his capacity as President of Gem ) C.A. No. 05-032-S
Plumbing & Heating Co., Inc.; )
ROBERT J. LEVINE, Individually and )
in his capacity as general partner of Gemma )
and Levine; and )
HENRY S. KINCH, JR., in his capacity )
as clerk of the Providence County Superior )
Court, )
Defendants )

**DEFENDANT ROBERT J. LEVINE'S MEMORANDUM OF LAW IN SUPPORT OF HIS OPPOSITION TO THE PLAINTIFFS' OBJECTION TO <u>REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE</u>**

Now comes the defendant Robert J. Levine (the "defendant" or "Levine") and hereby opposes the Plaintiffs' Objection to Report and Recommendation of Magistrate Judge filed by the plaintiffs Robert V. Rossi and Linda A. Rossi (the "plaintiffs" or the "Rossis") in this Court on February 21, 2006. The defendant opposes the arguments set forth in the Plaintiffs' Objection relating to the Defendant's Motion to Dismiss the Plaintiff's Complaint or to Abstain. As grounds for this Opposition, the defendant states that the Magistrate Judge's Report and Recommendation is valid in its conclusions and legal analyses, and should be upheld.

## <u>INTRODUCTION</u>

In the Plaintiffs' Memorandum in Support of Objection to Report and Recommendation