RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAR [illegible]

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

FILED
MAR 2 1 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT V. ROSSI and
LINDA A. ROSSI,
Plaintiffs,

Vs.

LEONARD P. GEMMA, Individually and in his capacity as President of Gem Plumbing & Heating Co., Inc.; ROBERT J. LEVINE, Individually and in his capacity as General Partner of Gemma and Levine; and HENRY S. KINCH, JR., in his capacity as Clerk of the Providence County Superior Court,
Defendants.

C.A. No.: 05-032S

Referred to U.S.M.J. MARTIN
☐ for findings & recommended decision
☑ for determination
☐ ______________________
William E. Smith, U.S. District Judge
Date 3/22/06

**DEFENDANT, LEONARD P. GEMMA'S ASSENTED-TO MOTION TO ENLARGE TIME**

Defendant, Leonard P. Gemma ("Mr. Gemma"), hereby moves this Honorable Court pursuant to Fed. R. Civ. P. 6(b)(1) for an enlargement of time within which to file his opposition to Plaintiffs' Objection to Report and Recommendation of Magistrate Judge ("Objection"). On February 21, 2006, Plaintiffs served Mr. Gemma with their Objection and memorandum in support thereof. Pursuant to this Court's Order of February 28, 2006, Mr. Gemma was granted a brief extension of time, up to and including March 24, 2006, within which to file his opposition to Plaintiffs' Objection. As grounds for this Motion, Mr. Gemma posits that an additional brief enlargement of time, up to and including April 3, 2006, is needed due to the complexity of the issues and to effectively respond to the arguments raised by Plaintiff.

**Plaintiff's counsel assents, and has no objection, to the granting of this motion.**

GRANTED.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
March 28, 2006