UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT V. ROSSI and<br>LINDA A. ROSSI,<br>Plaintiffs,<br><br>Vs.<br><br>LEONARD P. GEMMA, Individually and in his capacity as President of Gem Plumbing & Heating Co., Inc.; ROBERT J. LEVINE, Individually and in his capacity as General Partner of Gemma and Levine; and HENRY S. KINCH, JR., in his capacity as Clerk of the Providence County Superior Court,<br>Defendants. | C.A. No.: 05-032S |

**DEFENDANT, LEONARD P. GEMMA'S ASSENTED-TO MOTION TO ENLARGE TIME**

Defendant, Leonard P. Gemma ("Mr. Gemma"), hereby moves this Honorable Court pursuant to Fed. R. Civ. P. 6(b)(1) for an enlargement of time within which to file his opposition to Plaintiffs' Objection to Report and Recommendation of Magistrate Judge ("Objection"). On February 21, 2006, Plaintiffs served Mr. Gemma with their Objection and memorandum in support thereof. Pursuant to this Court's Order of March 28, 2006, Mr. Gemma was granted a brief extension of time, up to and including April 3, 2006, within which to file his opposition to Plaintiffs' Objection. As grounds for this Motion, Mr. Gemma posits that a one day enlargement of time, up to and including April 4, 2006, is needed due to the complexity of the issues and to effectively respond to the arguments raised by Plaintiff.

**Plaintiff's counsel assents, and has no objection, to the granting of this motion.**

**WHEREFORE,** the within Assented-to Motion should be granted such that Mr. Gemma shall have up to and including April 4, 2006 within which to file its opposition to Plaintiffs' Objection.

LEONARD P. GEMMA,
Defendant,
By his attorneys,

Theodore Orson, Esq. # 3871
Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 223-2100
(401) 861-3103 fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2006, I caused a true copy of the within to be mailed postage prepaid to Patrick Dougherty, Esq., 155 South Main Street, Providence, RI 02903, Robert E. Kiely, Esq., Regan and Kiely, LLP, 85 Devonshire Street, Boston MA 02109, Fred Mason, Esq., Mason Associates, P.C., 20 Cedar Swamp Road, Smithfield, RI 02917, and Michael W. Field, Esq., Special Assistant Attorney General, 150 South Main Street, Providence, RI, 02903.