AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ROBERT V. ROSSI and LINDA A. ROSSI

V.

LEONARD P. GEMMA, Individually and in his capacity as President of Gem Plumbing & Heating Co., Inc.; ROBERT J. LEVINE, Individually and in his capacity as a general partner of Gemma & Levine; and HENRY S. KINCH, JR., in his capacity as Clerk of the Providence County Superior Court

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 05-32S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF ALL ABOVE NAMED DEFENDANTS, AGAINST PLAINTIFFS, ROBERT V. ROSSI AND LINDA A. ROSSI, PURSUANT TO THIS COURT'S DECISION AND ORDER ENTERED ON JUNE 5, 2006, GRANTING DEFENDANTS' MOTIONS TO DISMISS.**

June 6, 2006

Date

Clerk

ALBA-SUE MERCURIO

(By) Deputy Clerk

69