**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ROBERT V. ROSSI and<br>LINDA A. ROSSI,<br>Plaintiffs | : | |
| v. | : | C.A. No. 05-032-S |
| LEONARD P. GEMMA, Individually and In his capacity as President of Gem Plumbing & Heating Co., Inc.;<br>ROBERT J. LEVINE, Individually and in his capacity as a general partner of Gemma & Levine; and<br>HENRY S. KINCH, JR., in his capacity as Clerk of The Providence County Superior Court<br>Defendants | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Robert V. Rossi and Linda A. Rossi, plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 6th day of June, 2006 and the Decision and Order entered in this action on 5th day of June, 2006.

ROBERT V. ROSSI
And LINDA A. ROSSI
By their attorney,

6/30/06

Patrick J. Dougherty, 5082
155 South Main Street, Suite 304
Providence, RI 02903
(401) 273-9770
(401) 273-4750 (Fax)