**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ROBERT V. ROSSI and<br>LINDA A. ROSSI,<br>Plaintiffs<br><br>v.<br><br>LEONARD P. GEMMA, Individually and In his capacity as President of Gem Plumbing & Heating Co., Inc.;<br>ROBERT J. LEVINE, Individually and in his capacity as a general partner of Gemma & Levine; and<br>HENRY S. KINCH, JR., in his capacity as Clerk of The Providence County Superior Court<br>Defendants | : | C.A. No. 05-032-S |

**NOTICE OF CHANGE OF ADDRESS AND PHONE NUMBER OF COUNSEL**

Please be advised that the undersigned has changed his office address and telephone numbers effective May 1, 2007. The new office address and telephone number is 887 Boston Neck Road, Suite 1, Narragansett, RI 02882, telephone number (401) 789-8400 and fax number (401) 789-8401.

Patrick J. Dougherty, 5082
155 South Main Street, Suite 304
Providence, RI 02903
(401) 273-9770
(401) 273-4750 (Fax)

CERTIFICATION

I hereby certify that on the 24th day of April, 2007, a true and accurate copy of the within document was mailed by regular mail, postage prepaid to the following:

Theodore Orson, Esquire
Orson & Brusini, Ltd.
325 Angell Street
Providence, RI 02903

Fred L. Mason, Jr., Esquire
20 Cedar Swamp Road
Smithfield, RI 02917

Robert E. Kiely, Esquire
Regan & Kiely LLP
88 Black Falcon Avenue, Suite 330
Boston, MA 02210

Michael Field, Esq.
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903

Jean Morse