UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT V. ROSSI and
LINDA A. ROSSI,

Plaintiffs,

v.

LEONARD P. GEMMA, Individually and in his capacity as President of Gem Plumbing & Heating, Co., Inc.; ROBERT J. LEVINE, Individually and in his capacity as a general partner of Gemma & Levine; and HENRY S. KINCH, JR., in his capacity as Clerk of The Providence County Superior Court,

Defendants.

**JUDGMENT IN A CIVIL CASE**
C.A. No. 05-32S
C.A. No. 05-299s

**IT IS HEREBY ORDERED AND ADJUDGED**

Plaintiffs' claims for injunctive and declaratory relief under Count I are DISMISSED; Plaintiffs' claims for monetary relief under Count I are STAYED; and Plaintiffs' state law slander claim under Count II is DISMISSED without prejudice.

ENTER:

WESmith

William E. Smith
United States District Judge

Date: 7/11/07